IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NICHOLAS JAMES SPRY,           )
                               )
              Plaintiff,       )
                               )
     v.                        )          1:23CV835
                               )
JON DOE, et al.,               )
                               )
              Defendants.      )

## ORDER

On February 25, 2025, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 34) is DENIED without prejudice.

                                           /s/   Thomas D. Schroeder
                                        United States District Judge

April 21, 2025