IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
NICHOLAS JAMES SPRY,           )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:23CV835
                               )
JON DOE, et al.,               )
                               )
          Defendants.          )
```

**ORDER**

On October 23, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion to voluntarily dismiss is GRANTED and the claims against Defendants Kimberly Oxendine, Christopher Adams, Angela Locklear, Dennis Parham, Officer Forbes and Officer J. Newton in their individual and official capacities are DISMISSED WITHOUT PREJUDICE.

                                              /s/   Thomas D. Schroeder
                                              United States District Judge

January 8, 2026