IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NICHOLAS JAMES SPRY,<br><br>Plaintiff,<br><br>v.<br><br>RYAN PATRICK KOELSCH et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) | 1:23CV835 |

**ORDER**

On September 10, 2026, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 76.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination. The objections do not change the substance of the Recommendation, which is adopted.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. 63) is GRANTED and this case is DISMISSED.

/s/ Thomas D. Schroeder
United States District Judge

September 29, 2026